**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re: Durrell Watts,** | : | Chapter 13 |
| | : | |
| **Debtor(s).** | : | Bankruptcy No. 18-18135-ELF |

## MOTION FOR AUTHORITY/APPROVAL FOR SALE OF REAL ESTATE

Debtor, by and through counsel, Michelle Lee, Esq. of Margolis Edelstein, files the forgoing Motion and avers as follows:

1. Debtor filed a Petition pursuant to Chapter 13 of Title 11 of the United States Code (the "Bankruptcy Code") on 12/10/2018.

2. Debtor owns a property at 2920 Penn Square Rd., East Norristown, PA 19401 ("Subject Property").

3. Debtor seeks to sell the Subject Property for $315,623 to a third-party buyer. See Copy of Sales Agreement is attached as Exhibit "A".

4. The proceeds will be sufficient to pay off the mortgage, liens, and unsecured creditors to complete the bankruptcy.

5. The offer is the best price obtainable for the Subject Property under the facts and circumstances concerning the same. The offer is fair and reasonable considering the appraised value and condition.

6. Upon closing, the title company will pay all mortgages and liens.

7. The title company shall provide a complete accounting of the sale and present the same to the Chapter 13 Trustee.

Respectfully submitted,

<u>/s/ Michelle Lee, Esq.</u>
Michelle Lee, Esq.
Margolis Edelstein
The Curtis Center
170 S. Independence Mall W., Suite 400E
Philadelphia, PA 19106
mlee@margolisedestein.com